# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  CONNIE M. MARTINEZ  
10700 PARTRIDGE TRAIL  SSN-xxx-xx-8619  
RICHMOND, IL  60071  

Case Number: 07-73029

Case filed on:  12/13/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $974.00            Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY SCOTT A BENTLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ANESTHESIA CONSULTANTS, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | INTERNAL REVENUE SERVICE | 3,506.04 | 3,506.04 | 0.00 | 0.00 |
|  | Total Priority | 3,506.04 | 3,506.04 | 0.00 | 0.00 |
| 999 | CONNIE M. MARTINEZ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | WELLS FARGO AUTO FINANCE | 25,019.30 | 25,019.30 | 219.85 | 681.63 |
|  | Total Secured | 25,019.30 | 25,019.30 | 219.85 | 681.63 |
| 001 | FIRST AMERICAN BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | WELLS FARGO AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | WELLS FARGO BANK NA | 275,213.77 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CENTEGRA HEALTH SYSTEM | 423.75 | 423.75 | 0.00 | 0.00 |
| 008 | DIRECTV | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | GREAT LAKES CREDIT UNION | 3,754.81 | 3,754.81 | 0.00 | 0.00 |
| 010 | INTERNAL REVENUE SERVICE | 602.20 | 602.20 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 943.67 | 943.67 | 0.00 | 0.00 |
| 012 | JENSEN DISPOSAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | LAKE FOREST HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MORAINE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | LVNV FUNDING LLC | 655.57 | 655.57 | 0.00 | 0.00 |
| 018 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | VISION FINANCIAL CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | WESTGATE RESORTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | GREAT LAKES CREDIT UNION | 925.66 | 925.66 | 0.00 | 0.00 |
| 022 | CERTIFIED SERVICES INC | 780.00 | 780.00 | 0.00 | 0.00 |
|  | Total Unsecured | 283,299.43 | 8,085.66 | 0.00 | 0.00 |
|  | Grand Total: | 311,824.77 | 36,611.00 | 219.85 | 681.63 |

Total Paid Claimant:        $901.48  
Trustee Allowance:          $72.52  
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008          By  /s/Heather M. Fagan